IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:05-CV-110 |
| v. | § | |
| | § | |
| MICHAEL HENRY BRUM | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |
| | § | |

## FINAL JUDGMENT AND ORDER OF INJUNCTION

This Final Judgment and Order of Injunction is entered pursuant to Fed. R. Civ. P. 58 and Fed. R. Civ. P. 69(d) and the court's Memorandum and Order Granting Plaintiff's Motion for Summary Judgment, concurrently signed and filed with this Final Judgment and Order of Injunction.

Defendant Michael Henry Brum has abused the lien system by filing false liens against Chief United States District Judge Rudolph T. Randa and Assistant United States Attorney Carol L. Kraft. Based upon Brum's continued threats against Chief Judge Randa and AUSA Kraft, and upon Brum's failure to respond to the contentions and evidence submitted by the United States, which establish that neither Chief Judge Randa nor AUSA Kraft have any personal or business relationship with Defendant Michael Henry Brum, and that neither owes anything to Defendant, the Court enjoins Defendant Michael Henry Brum as follows.

IT IS ORDERED, ADJUDGED AND DECREED that all financing statements, instruments, or liens currently filed, by, or on behalf of, Defendant Michael Henry Brum, or by his agents or by others acting in concert with Defendant Michael Henry Brum or his agents, in the records of the United States, any State, or any local governmental entity, or any of their

agencies, purporting to attach or otherwise affect all or part of the assets or property of Rudolph T. Randa or Carol L. Kraft, or any other federal employee or official, are **DECLARED** invalid, void ab initio, and of no effect. To the extent necessary and permitted by the applicable law of the jurisdiction involved, this Judgment shall authorize the expungement of all such financing statements, instruments and liens. A copy of this Judgment may be filed with the records containing any such liens, financing statements or instruments to give notice of their invalidity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Michael Henry Brum, his agents, and any other person acting in concert with Defendant Michael Henry Brum or his agents, be **PERMANENTLY ENJOINED** from filing, or causing to be filed, or attempting to file, in the records of the United States, any State, or any local governmental entity, or any of their agencies, any lien, instrument, or financing statement purporting to attach, or otherwise affect, all or any part of, the assets or property of Rudolph T. Randa or Carol L. Kraft, or any other federal employee or official, without prior express written authorization from a United States District Court. Violation of this injunction will be considered contempt of this Court, and any such lien, financing statement, or other instrument shall be considered invalid, void ab initio, and of no effect, and such may be immediately expunged from the record in question.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Federal Bureau of Prisons may, upon finding that Defendant Michael Henry Brum has violated this Judgment, revoke such privileges he has within the Bureau of Prisons, as it deems appropriate.

Costs are taxed to Defendant Michael Henry Brum.  All relief and pending motions, not specifically granted herein are denied.

So **ORDERED** and **SIGNED** this **1**   day of **July, 2005.**

_____
Ron Clark, United States District Judge